UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 20-10568 DMG (RAOx)  Date: January 20, 2021
Title:  Miguel Armando Del Cid Guerra v. Guatemalan Government

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | Tape No.: N/A |
|---|---|
| Deputy Clerk | |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

N/A   N/A

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE IN FULL**

On November 16, 2020, Plaintiff Miguel Del Cid Guerra filed a complaint alleging that Defendant Guatemalan Government, in "their capacity as representatives of the United Nations," were "going to murder him[.]" Complaint, Dkt. No. 1, at 1.

The clerk noted on the first page of the complaint that Plaintiff had paid only $350 of the required $400 filing fee. *Id.* As of the date of this order, Plaintiff has not paid the $50 balance. Accordingly, the Court orders Plaintiff to pay the remaining balance of $50 or to show cause in writing why this action should not be dismissed for failure to pay the full filing fee by **February 19, 2021**.

**Failure to file a timely response to this Order as directed above will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

: 
Initials of Preparer   dl