# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ARMANDO DEL CID GUERRA,<br><br>Plaintiff,<br><br>v.<br><br>GUATEMALAN GOVERNMENT,<br><br>Defendant. | Case No. CV 20-10568-DMG (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed, and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice.

DATED: June 7, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE