JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ARMANDO DEL CID GUERRA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GUATEMALAN GOVERNMENT,<br><br>　　　　Defendant. | CASE NO. CV 20-10568 DMG (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: June 7, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE